**Opinion issued April 16, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00120-CV

_____

**AFFORDABLE READY MIX.COM AND GRACE RAVEN, Appellants**

**V.**

**ROCKET MATERIALS, LLC D/B/A ROCKET READY-MIX, Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-26591**

---

## MEMORANDUM OPINION

Appellants Affordable Ready Mix.com and Grace Raven have neither established indigence, nor paid their appellate filing fee. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208,

51.851(b) (listing fees in court of appeals), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). Appellants were notified by the Court that this appeal would be subject to dismissal—unless they timely informed the Court in writing as to why they should not pay the appellate filing fee, or actually pay the fee. Appellants never responded as requested by the Court. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(b)–(c) (allowing involuntary dismissal of case), 43.2(f).

As a result, we dismiss this appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.